**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**KENNETH BARNETT,**

**Plaintiff,**

**v.**

**J.B. HUNT TRANSPORT, INC.,**

**Defendant.**

**Civil Action 2:25-cv-1089**
**Judge Algenon L. Marbley**
**Magistrate Judge Chelsey M. Vascura**

**ORDER**

This matter is before the Court on Defendant J.B. Hunt Transport, Inc.'s Unopposed Motion for the Court's Signature on Defendant's Subpoena to the Social Security Administration (ECF No. 7). Therein, Defendant represents that the Social Security Administration ("SSA") has not released files related to Plaintiff's receipt of social security disability benefits, even though Plaintiff executed a Form SSA-3288 Consent for Release of Information and even though the SSA issued, and Defendant paid, an April 22, 2026 invoice for copies of the requested records. Defendant now seeks to serve a subpoena on the SSA for Plaintiff's records, but the SSA's website asserts that the SSA generally will not respond to subpoenas unless they are signed by a judge or magistrate judge of a federal court as provided by 20 C.F.R. § 401.180. Defendant therefore seeks the signature of the undersigned or the District Judge on its proposed subpoena.

Defendant's Motion (ECF No. 7) is **GRANTED IN PART and DENIED IN PART**. The undersigned declines to sign Defendant's proposed subpoena. Under 20 C.F.R. § 401.180, however, a court order signed by a federal magistrate judge has the same effect as a subpoena

signed by a federal magistrate judge. The undersigned **ORDERS** the Social Security Administration to promptly release to Defendant's counsel, Jackson Lewis, P.C., c/o Jennifer Scott, Paralegal, the records authorized by the Form SSA-3288 signed by Plaintiff, Kenneth Barnett, dated January 23, 2025. Defendant is **ORDERED** to promptly serve a copy of this Order on the Social Security Administration.

**IT IS SO ORDERED.**

/s/ *Chelsey M. Vascura*
CHELSEY M. VASCURA
UNITED STATES MAGISTRATE JUDGE